**IRS** Department of the Treasury
Internal Revenue Service

PO BOX 236
MEMPHIS   TN   38101-0236

In reply refer to: 0339300000
Jan. 20, 2010  LTR 2645C  K0
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   199912 30
Input Op: 0309960171 00004713
                          BODC: WI

JOSEPH D MEYER
PO BOX 344
LITTLEFORK   MN   56653-0344

007632

      Taxpayer Identification Number: 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
              Tax Period(s): Dec. 31, 1999

                       Form: 1040

Dear Taxpayer:

Thank you for your correspondence received Dec. 14, 2009.

We haven't resolved this matter because we haven't completed all the research necessary for a complete response. We will contact you again within 45 days to let you know what action we are taking. You don't need to do anything further now on this matter.

If you have a current installment agreement with us, please continue to make scheduled payments while waiting for our response. Even if you do not have a formal installment agreement, you may make payments to reduce the balance owed and minimize interest and penalty charges. To help us apply payments properly, make your check or money order payable to the United States Treasury. Ensure your name, address, daytime telephone number, social security or employer identification number, tax form and tax year are shown on the payment.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter with your telephone number and the hours we can reach you entered in the spaces provided below. You may want to keep a copy of this letter for your records.

Your telephone number (____)_____  Hours _____

Exhibit
P-B

SCANNED

MAR 1 2 2010

U.S. DISTRICT COURT ST. PAUL

```
                                                    0339300000
                                     Jan. 20, 2010  LTR 2645C  KO
                                     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    199912 30
                                     Input Op:  0309960171 00004714
```

JOSEPH D MEYER
PO BOX 344
LITTLEFORK   MN   56653-0344


We apologize for any inconvenience we may have caused you, and thank you for your cooperation.


                          Sincerely yours,

                          [signature]

                          Jacquelyne Yarbrough
                          Manager, Accounts Management

Internal Revenue Service

Joseph D. Meyer MD
PO Box 344
Littlefork, MN 56653
218-324-1345

SSAN: 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

December 10, 2009

Internal Revenue Service
Cincinnati, OH 45999-0025

It appears the IRS prefers litigation over compromise. I tried to comply with your flawed interpretation and administration of the individual income tax laws, but my Offer in Compromise was rejected and more recently sustained by the Appeals Office. My resolve to secure truth and lawful treatment under the tax laws has been renewed. Because my Offer in Compromise was rejected I am not bound by any conditions therein.

This letter responds to both the Appeals Office notice and the three (3) intent to levy letters dated 11-23-2009. Because IRS has acted in "bad faith" regarding my Offer in Compromise I do reject your conclusions, assessments and penalties. Request is herein made under the Privacy Act, 5 USC 552a that all liability for tax years 1999, 2000, 2001 and 2002 be expunged from my records and all leans removed from my property.

Notice of Lean has already been entered in excess of the amounts you claim I owe. I will move the courts for removal of said notices if the IRS does not do so within 30 days of receipt of this letter.

Request for documents under the Freedom of Information Act (FOIA), 5 USC 552:
    1) The law that makes me liable for and requires me to pay individual income taxes.
    2) The law that requires me to fill out a Form 1040 tax return.
    3) The law authorizing issuance of a valid OMB control number for Form 1040 tax return.
    4) Copy of my entire case file including notes and code interpretations.

The above requested documents are vitally important in determining whether I am required to file future Form 1040 tax returns and whether I should seek damages for fraud under the Paperwork Reduction Act (PRA) 44 USC 3500-3520.

Sincerely,

Exhibit
P-A